# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-30693
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
January 22, 2019

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

SIR MASTER FORD,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:17-CR-269-1

Before SMITH, WIENER, and WILLETT, Circuit Judges.

PER CURIAM:[*]

Sir Master Ford appeals the sentence imposed following the revocation of his supervised release. He contends that the district court erred in denying him credit for the time he served between his May 1, 2018 arrest and May 21, 2018 revocation.

The district court lacked jurisdiction to compute Ford's credit under 18 U.S.C. § 3585(b) for previous time served because the Attorney General and

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-30693

the Bureau of Prisons are responsible for computing this credit. *See United States v. Wilson*, 503 U.S. 329, 334-37 (1992); *United States v. Hankton*, 875 F.3d 786, 792 (5th Cir. 2017). Accordingly, the judgment is REFORMED to remove the statement "[n]o credit shall be granted for time served." The judgment is otherwise AFFIRMED.